NPD1 (6/7/18)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

December 11, 2024

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re )
**Betty Jean Friedrichsmeyer** )
  *Other names used by debtor:* Betty Jean Kirkpatrick )
Debtor(s) )
) Case No. **24–61563–tmr7**
)
) NOTICE OF TRUSTEE'S
) MOTION TO DISMISS
)
)

**IT APPEARING** that:

  **Debtor(s) failed to complete the Meeting of Creditors.**

**YOU ARE THEREFORE NOTIFIED** that the case for each debtor named above may be dismissed for the reason(s) cited unless, within 21 days of this notice's "Filed" date as shown above, a party in interest files a Motion to Reschedule 341(a) Meeting of Creditors with the Clerk of Court, 405 E 8th Ave #2600, Eugene, OR 97401.

**IMPORTANT NOTE:** Unless you receive an Order of Dismissal from this court, you should consider that this case is active and will be closed in the ordinary course of case administration.

                                                                                                             Clerk, U.S. Bankruptcy Court